# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DEBORAH BOONE, MELISSA BOONE,**
**and COBBRETTIE C. WILSEIONNAS III,**

        **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-1298-Orl-22UAM**

**LAURA DAVIS, ESQ.,**

        **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration on the Court's own motion. The Court previously denied without prejudice Plaintiffs' motion to proceed *in forma pauperis*. The Court found both that the affidavit supporting the motion was deficient, that the Complaint failed to state a basis for the Court to exercise jurisdiction and that no claim was stated by Deborah and Melissa Boone. Doc. 3. Plaintiffs were given until September 4, 2007, to correct these deficiencies. Doc. 3. Plaintiffs were advised that failure to correct these deficiencies by the deadline would result in dismissal of the action. Plaintiffs have not filed an amended complaint or an amended motion to proceed *in forma pauperis*.

    Pursuant to Fed. R. Civ. P. 12(h), "[w]henever it appears by suggestion of the parties or otherwise that the court lacks jurisdiction of the subject matter, the court shall dismiss the action." The Court may raise lack of subject matter jurisdiction on its own initiative. *Arbaugh v. Y&H Corp.*, 546 U.S. 500, 506 (2006). *See also, Baltin v. Alaron Trading Corp.*, 128 F.3d 1466, 1468 (11th Cir. 1997) (the court can conduct a plenary review of subject matter jurisdiction *sua sponte)*.

At best, Plaintiffs' complaint can be interpreted as stating a claim under state law tort theories for the alleged statements by Defendant Davis about Wilseionnas.  As the claim does not arise pursuant to federal law, subject matter jurisdiction is lacking pursuant to 28 U.S.C. § 1331.

Diversity jurisdiction also appears to be lacking.  28 U.S.C. § 1332.  Although the Complaint fails to state where Defendant Laura Davis lives, all of the Plaintiffs live in Kissimmee, Florida.  Doc.1.  The complaint alleges that Davis spread lies about Wilseionnas to his neighbors and the courts, including that he is a rapist, child molester and animal killer.  Doc 1 at 2.  The Court takes judicial notice of *Wilseionnas et al v. Phelps et al*, U.S. District Court Middle District of Florida Case No. 6:07-cv-1043, in which Wilseionnas noted allegations of child abuse by DCF [Department of Children and Families].  Case No. 6:07-cv-1043, Doc. 6.[1]  The Court further takes judicial notice of the records of the Florida State Bar, which reveal that one Laura Davis is employed by the Department of Children and Families in Kissimmee, Florida and is a member in good standing of the Bar of the State of Florida.  *See, Urbanique Prod. v. City of Montgomery*, 428 F. Supp. 2d 1193, 1209 n.11 (M.D. Ala. 2006) (taking judicial notice of membership records of the Alabama State Bar).

Based on the similarity of certain allegations contained in the instant complaint and the complaint filed in Case No. 6:07-cv-1043, and based on the above judicially noticed facts, the Court infers that the Defendant in this action is the same Laura Davis who works for the Department of Children and Families in Kissimmee.  As it appears that all parties are citizens of the State of Florida, diversity jurisdiction is lacking.

---

[1] *Cf., Bryant v. Avado Brands, Inc.*, 187 F.3d 1271, 1278 (11th Cir.1999) ("The district court may take judicial notice of public records and may thus consider them on a motion to dismiss.").

**IT IS RECOMMENDED THAT** the Court dismiss the action for lack of subject matter jurisdiction.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on September 12, 2007.

*Donald P. Dietrich*
DONALD P. DIETRICH
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Honorable Anne C. Conway
Unrepresented Party