**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DEBORAH BOONE, MELISSA BOONE,**
**and COBBRETTIE C. WILSEIONNAS III,**

       **Plaintiffs,**

**-vs-**                                                   **Case No. 6:07-cv-1298-Orl-22UAM**

**LAURA DAVIS, ESQ.,**

       **Defendant.**
_____

**ORDER**

This cause is before the Court on the Report and Recommendation (Doc. No. 4) filed on September 12, 2007.

The United States Magistrate Judge has submitted a report recommending that the Court dismiss the action for lack of subject matter jurisdiction.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed September 12, 2007 (Doc. No. 4) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     This action is hereby **DISMISSED** for lack of subject matter jurisdiction.

3.     The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 2, 2007.

Copies furnished to:

United States Magistrate Judge
Unrepresented Parties

ANNE C. CONWAY
United States District Judge